**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:   Zulfiqar Ahmed<br>          Debtor, | Chapter: 7<br>Case No: 10–18641<br>Judge Joan N. Feeney |

**ORDER DISCHARGING TRUSTEE
AND CLOSING CASE**

It is hererby **ORDERED** that Mark G. DeGiacomo, the Trustee is discharged from any further duties herein and that this case is hereby closed pursuant to 11 U.S.C. § 350(a).

Date:11/22/10                                                                By the Court,

                                                                             Joan N. Feeney
                                                                             U.S. Bankruptcy Judge